UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTIN D. KING,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>I. JAUREGUI, et al.,<br><br>　　　　　Defendants. | Case No. 2:18-cv-09649-DOC (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all documents filed in this action, Defendant's Motion to Dismiss [Dkt. 24, "Motion"], the Report and Recommendation of United States Magistrate Judge [Dkt. 33, "Report"], and Plaintiff's Objection to the Report. The Court has conducted a de novo review of those matters to which Objections have been stated.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the Motion is GRANTED; (2) pursuant to Rule 12(b)(6) of the Federal Rules of

///

///

Civil Procedure, the First Amended Complaint is dismissed without leave to amend; and (3) Judgment shall be entered dismissing this action with prejudice.

DATE: November 22, 2019

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE