JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTIN D. KING,<br>　　　Plaintiff<br>　　v.<br>I. JAUREGUI, et al.,<br>　　　Defendants. | Case No. 2:18-cv-09649-DOC (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: November 22, 2019

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE